UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHAD SCOTT CARLSON,

Plaintiff,

vs

CV 00-1806 RHK/SRN

CITY OF MINNEAPOLIS, ETAL.,
Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: October 4,2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED OCT 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________